### PARLIER *v.* BOWIE & TERHUNE.

FISH, J. The evidence excluded was hearsay, and there was no error in rejecting it; that submitted in behalf of the plaintiff wholly failed to establish the essential allegations of the petition, and the grant of a nonsuit was proper.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Argued October 5, — Decided October 30, 1900.

Action for damages. Before Judge Henry. City court of Floyd county. June term, 1900.

*Nat. Harris* and *J. B. F. Lumpkin,* for plaintiff.
*R. A. Denny* and *Seaborn Wright,* for defendants.